IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **GREGORY LUCAS,**<br><br>          Plaintiff,<br><br>v.<br><br>**SPRINT PCS, et al.,**<br><br>          Defendants. | **ORDER AFFIRMING**<br>**REPORT & RECOMMENDATION**<br><br>Case No. 2:06CV949DAK |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge Alba issued an order requiring Plaintiff to file an amended complaint that meets the pleading requirements.  Plaintiff did not file an amended complaint.  On February 22, 2007, Magistrate Judge Alba issued a Report and Recommendation, recommending that Plaintiff's case be dismissed for failure to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

      The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it.  The time for filing an objection has passed and no objection has been filed to the Report and Recommendation.

      Since the passing of the deadline for objections to be filed, the court has reviewed the file *de novo.*  The court fully agrees with the analysis contained in Magistrate Judge Alba's Report and Recommendation.  Therefore, the court approves and adopts the Magistrate Judge's February

22, 2007 Report and Recommendation in its entirety.  Accordingly, Plaintiff's complaint is

DISMISSED.

     DATED this 15th day of March, 2005.

                               BY THE COURT:

                               _____
                               DALE A. KIMBALL
                               United States District Judge